627 A.2d 1131
STATE OF NEW JERSEY v. ERNESTO M. RIVERA.

January 28, 1993.

Petition for certification is granted, and the judgment of the Appellate Division is summarily affirmed insofar as it remands the matter to the Law Division, the remand proceedings to be in accordance with *State v. Shaw*, 131 *N.J.* 1, 618 *A.*2d 294 (1993). The remainder of that portion of the judgment that is before the Court on the petition for certification is summarily reversed.

627 A.2d 1131
STATE OF NEW JERSEY v. ANGEL ROSARIO.

January 28, 1993.

Petition for certification is granted, and that portion of the judgment of the Appellate Division that is before the Court on the petition for certification is summarily reversed and the matter is remanded to the Law Division for further proceedings in accordance with *State v. Shaw*, 131 *N.J.* 1, 618 *A.*2d 294 (1993).

627 A.2d 1131
STATE OF NEW JERSEY v. WILLIAM H. SMITH.

January 28, 1993.

Petition for certification is granted, and the judgment of the Appellate Division is summarily affirmed insofar as it remands the matter to the Law Division, the remand proceedings to be in accordance with *State v. Shaw*, 131 *N.J.* 1, 618 *A.*2d 294 (1993). The remainder of that portion of the judgment that is before the Court on the petition for certification is summarily reversed.